**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61345-EA**

**Cosme Abel De Leon Mazariegos,**

       Petitioner,

v.

**Markwayne Mullin,**
**Et al.**

       Respondents.

_____/

## ORDER TO RESPOND

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained despite being allegedly granted temporary protected status [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 6th day of May 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Carolina Armendi Collado**
Jimenez Mazzitelli Mordes
9350 South Dixie Highway
Ph 5
Miami, FL 33156
305-548-8750
Email: carolina@jmmlawfirm.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov