UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 0:26-cv-61345-EA

**Cosme Abel De Leon Mazariegos,**

      Petitioner,

v.

**Markwayne Mullin,**
**Todd Blanche,**
**Warden of Broward Transitional Center,**
**Todd M. Lyons,**
**Garrett Ripa,**

      Respondents.

_____/

## <u>ORDER TO RESPOND AS TO MOOTNESS</u>

This cause comes before the Court on the respondents' status report stating that the petitioner has been released on bond. Therefore, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the petitioner shall brief the Court as to whether this petition is now moot.

2. Within **10 days** of the petitioner's response, the respondents may reply.

**ORDERED** in Chambers in West Palm Beach, Florida, this 1st day of June 2026.

_Ed Artau_
_____
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Carolina Armendi Collado**
Jimenez Mazzitelli Mordes
9350 South Dixie Highway
Ph 5

Miami, FL 33156
305-548-8750
Email: carolina@jmmlawfirm.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brittany B. Brock**
US Attorney's Office
Email: brittany.brock@usdoj.gov

2