**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61345-EA**

**Cosme Abel De Leon Mazariegos,**

Petitioner,

v.

**Markwayne Mullin,**
**Et al.,**

Respondents.

_____/

**ORDER CLOSING CASE**

This cause comes before the Court on the Courts order for the petitioner to respond as to whether this case is moot now that the petitioner has been granted bond [ECF No. 9]. Based on the petitioner's representation that the case is in fact moot, it is **ORDERED AND ADJUDGED**:

1. The petitioner [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of June 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Carolina Armendi Collado**
Jimenez Mazzitelli Mordes
9350 South Dixie Highway
Ph 5
Miami, FL 33156

305-548-8750
Email: carolina@jmmlawfirm.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brittany B. Brock**
US Attorney's Office
Email: brittany.brock@usdoj.gov